NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OCADO GROUP PLC,**
*Appellant*

v.

**AUTOSTORE TECHNOLOGY AS,**
*Appellee*

---

2022-2161

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00311.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    OCADO GROUP PLC v. AUTOSTORE TECHNOLOGY AS

(2)  Each side shall bear their own costs.

FOR THE COURT

December 19, 2022
        Date                    /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE:** December 19, 2022